# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−1 | User: mlr | Date Created: 5/20/2013 |
| Case: 1:11−ap−01009 | Form ID: pdf001 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Chad P. Pugatch | cpugatch@rprslaw.com |
| aty | John F. Leaberry | leaberry01@yahoo.com |
| aty | Kevin L Carr | kcarr@spilmanlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| smg | United States Attorney | Southern District WV | P.O. Box 1713 | Charleston, WV 25326−1713 |
| smg | WV Department of Tax &Revenue | Bankruptcy Unit | P.O. Box 766 | Charleston, WV 25323−0766 |
| ust | U.S. Trustee | 2025 Robert C. Byrd U.S. Courthouse | 300 Virginia Street, East | Charleston, WV 25301 |
| ust | United States Trustee | 2025 Robert C. Byrd U.S. Courthouse | 300 Virginia Street, East | Charleston, WV 25301 |

TOTAL: 4